

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00379-CV

| | | |
|---|---|---|
| IN THE INTEREST OF M.S., A CHILD | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-651196-18) |
| | § | April 22, 2019 |
| | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack